JOHN C. NICHOLS, Respondent, *v.* ANDREW G. WHITE, Impleaded, etc., Appellant.

(Argued May 5, 1881; decided June 23, 1881.)

*N. C. Moak* for appellant.

*Edward Savage* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.